UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MINAKIS, KONSTANTINOS | ) | CASE NO. 05 B 61632 |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

Social Security/Employer Tax ID Number:   XXX-XX-6434

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **U.S.BANKRUPTCY COURT 219 SOUTH DEARBORN STREET, COURTROOM 744, CHICAGO, IL  60604**

   On**: FEBRUARY 5, 2008**   Time**: 10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $62,350.14 |
   | Disbursements | $1,223.95 |
   | Net Cash Available for Distribution | $61,126.19 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Phillip D. Levey<br>Trustee | $0.00 | $6,367.51 | $73.93 |
   | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $5,845.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows:  None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:  None

7. Claims of general unsecured creditors totaling $46,940.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 4.1400% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank Discover Financial | $1,681.60 | $1,749.64 |
| 2 | American Express Centurion Bank | $10,843.51 | $11,282.25 |
| 4 | Chase Bank USA, N.A. | $16,763.21 | $17,441.47 |
| 5 | MBNA America Bank N.A. | $17,652.16 | $18,366.39 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 11277 Moraine Drive, Palos Hills, IL | $135,000.00 |
| 5125 West 47th, Chicago, IL | $100,000.00 |
| Checking Account | $148.00 |
| Savings Account | $1,100.00 |
| Household Furnishings | $2,500.00 |
| Wearing Apparel | $800.00 |
| Firearms | $100.00 |
| Residential Real Estate-Katarahtis, Greece | $150,000.00 |
| 1993 XJ6 Jaguar | $3,000.00 |
| 1990 42' Baja Boat | $40,000.00 |
| IRA | $50,000.00 |
| 1/2 Interest-Thomas Auto, Inc. | $0.00 |
| L&M Carry Outs, Inc. | $0.00 |
| 1/2 Interest Account With Wife | $0.00 |
| 1/2 Interest in Account With Son | $2,100.00 |

Dated**: December 27, 2007**

For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:         Phillip D. Levey
Address:       2722 North Racine Avenue
                    Chicago, IL  60614
Phone No.:

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                 Page 1 of 1            Date Rcvd: Dec 27, 2007
Case: 05-61632                  Form ID: pdf002             Total Served: 16

The following entities were served by first class mail on Dec 29, 2007.
db          +Konstantinos Minakis,   11277 Moraine Dr Apt L,   Palos Hills, IL 60465-2664
aty         +Konstantine T. Sparagis,   Law Offices of Konstantine Sparagis P C,   8 S Michigan Ave  27th Fl,
              Chicago, IL 60603-3357
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
10442593    +American Express,   POB 360002,   Ft Lauderdale FL 33336-0002
10616210     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
10442594     Bank of America,   POB 1758,   Newark NJ 07101
10442592    +Chase,   POB 15153,   Wilmngton DE 19886-5153
10746063    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10442595    +MBNA,   POB 15633,   Wilmington DE 19850-5633
10762766    +MBNA America,   PO Box 15137,   Wilmington, DE 19886-5137
10762767    +MBNA America,   PO Box 17054,   Wilmington, DE 19884-0001
10847939    +MBNA America BANK N.A.,   Mailstop DE5-014-02-03,   PO BOX 15168,   WILMINGTON, DE 19850-5168
10442591     MidAmerica Bank,   55th Holmes,   Clarendon Hills Il 60514
10762768    +Oak Brook Bank Bankcard Services,   PO Box 15287,   Wilmington, DE 19886-5287

The following entities were served by electronic transmission on Dec 28, 2007.
10729023     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 28 2007 00:34:20
              Discover Bank Discover Financial Services,   PO Box 8003,   Hilliard OH 43026
10442596     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 28 2007 00:34:20     Discover,   POB 30395,
              Salt Lake City UT 84130
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 29, 2007**                 **Signature:** _Joseph Speetjens_