IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| KONSTANTINOS MINAKIS. | ) | CASE NO. 05 B 61632 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE EUGENE R. WEDOFF
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 4-7-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MINAKIS, KONSTANTINOS | ) | CASE NO. 05 B 61632 |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $12,286.44 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $46,940.48 |
| Interest (726(a)(5) | $2,012.49 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $61,239.41 |

EXHIBIT D

| Case Number: 05-61632    EW | | | Page 1 | | | | | Date: February 5, 2008 |
| Debtor Name: MINAKIS, KONSTANTINOS | | | | | | | | |

| Claim # | Payee Name | Class Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | $61,239.41 |
| | **Claim Type -** | | | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | $6,367.51 *<br>$6,367.51 | $0.00 | $6,367.51 | $6,367.51 | $0.00 | $0.00 | $6,367.51 | $54,871.90 |
| | | Percent Paid: 100.00000 % | | | | | | | | |
| | Subtotal For Claim Type | | $6,367.51 *<br>$6,367.51 | $0.00 | $6,367.51 | $6,367.51 | $0.00 | $0.00 | $6,367.51 | |
| | **Claim Type 2200-00 - Trustee Expenses** | | | | | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin   001 | $73.93 *<br>$73.93 | $0.00 | $73.93 | $73.93 | $0.00 | $0.00 | $73.93 | $54,797.97 |
| | | Percent Paid: 100.00000 % | | | | | | | | |
| | Subtotal For Claim Type 2200-00 | | $73.93 *<br>$73.93 | $0.00 | $73.93 | $73.93 | $0.00 | $0.00 | $73.93 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | | | |
| | Phillip D. Levey | Admin   001 | $5,845.00 *<br>$5,845.00 | $0.00 | $5,845.00 | $5,845.00 | $0.00 | $0.00 | $5,845.00 | $48,952.97 |
| | | Percent Paid: 100.00000 % | | | | | | | | |
| | Subtotal For Claim Type 3110-00 | | $5,845.00 *<br>$5,845.00 | $0.00 | $5,845.00 | $5,845.00 | $0.00 | $0.00 | $5,845.00 | |
| | Subtotals For Class Administrative   100.00000 % | | $12,286.44 *<br>$12,286.44 | $0.00 | $12,286.44 | $12,286.44 | $0.00 | $0.00 | $12,286.44 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | | |
| 000001 | Discover Bank Discover Financial Services<br>PO Box 8003<br>Hilliard OH 43026 | Unsec   070 | $1,681.60 *<br>$1,681.60 | $0.00 | $1,681.60 | $1,681.60 | $0.00 | $72.10 | $1,753.70 | $47,199.27 |
| | | Percent Paid: 104.28758 % | | | | | | | | |

Case Number: 05-61632    EW    Page 2    Date: February 5, 2008
Debtor Name: MINAKIS, KONSTANTINOS

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | | | |
| 000002 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsec | 070 | $10,843.51 *<br>$10,843.51<br>Percent Paid: 104.28736 % | $0.00 | $10,843.51 | $10,843.51 | $0.00 | $464.90 | $11,308.41 | $35,890.86 |
| 000003 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Unsec | 070 | $10,136.93 *<br>$10,136.93<br>Percent Paid: 104.28729 % | $0.00 | $10,136.93 | $10,136.93 | $0.00 | $434.60 | $10,571.53 | $25,319.33 |
| 000004 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Unsec | 070 | $6,626.28 *<br>$6,626.28<br>Percent Paid: 104.28732 % | $0.00 | $6,626.28 | $6,626.28 | $0.00 | $284.09 | $6,910.37 | $18,408.96 |
| 000005 | MBNA America BANK N.A.<br>Mailstop DE5-014-02-03<br>PO BOX 15168<br>WILMINGTON, DE 19850 | Unsec | 070 | $17,652.16 *<br>$17,652.16<br>Percent Paid: 104.28729 % | $0.00 | $17,652.16 | $17,652.16 | $0.00 | $750.80 | $18,408.96 | $0.00 |
| | Subtotal For Claim Type 7100-00 | | | $46,940.48 *<br>$46,940.48 | $0.00 | $46,940.48 | $46,940.48 | $0.00 | $2,012.49 | $48,952.97 | |
| | Subtotals For Class Unsecured | 104.28732 % | | $46,940.48 *<br>$46,940.48 | $0.00 | $46,940.48 | $46,940.48 | $0.00 | $2,012.49 | $48,952.97 | |

PROPDIS9    Printed: 02/05/08 02:28 PM    Ver: 12.61a

Case Number: 05-61632    EW  
Debtor Name: MINAKIS, KONSTANTINOS

Page 3

Date: February 5, 2008

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $59,226.92 *<br>$59,226.92 | $0.00 | $59,226.92 | $59,226.92 | $0.00 | $2,012.49 | $61,239.41 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 10/14/05 through 01/15/08 at a rate of 4.14% (annualized simple interest).

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MINAKIS, KONSTANTINOS | ) | CASE NO. 05 B 61632 |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $6,367.51 |
| 2. | Trustee's expenses | $73.93 |
| | TOTAL | $6,441.44 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Chapter 7 Compensation                $5,845.00
   b. Chapter 7 Expenses                    $0.00
   c. Chapter 11 Compensation               $0.00
   d. Chapter 11 Expenses                   $0.00

2. Accountant for the Trustee
   a. Chapter 7 Compensation                $0.00
   b. Chapter 7 Expenses                    $0.00
   c. Chapter 11 Compensation               $0.00
   d. Chapter 11 Expenses                   $0.00

3. Other professionals
   a. Chapter 7 Compensation                $0.00
   b. Chapter 7 Expenses                    $0.00
   c. Chapter 11 Compensation               $0.00
   d. Chapter 11 Expenses                   $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

**ENTERED**

FEB - 5 2008

EUGENE R. WEDOFF
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY JUDGE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-61632 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MINAKIS, KONSTANTINOS | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1848  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 04/07/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/06 | 1 | Chicago Title and Trust Company | Sale of Real Estate | | 60,234.00 | | 60,234.00 |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:     61,400.00 Sale of Real Estate | 1110-000 | | | |
| | | VILLAGE OF HARVEY | Memo Amount:  (    276.00 ) Water Bill | 2500-000 | | | |
| | | CHICAGO TITLE | Memo Amount:  (    890.00 ) Title Insurance | 2500-000 | | | |
| 08/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 18.05 | | 60,252.05 |
| 09/29/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 49.52 | | 60,301.57 |
| 10/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 51.22 | | 60,352.79 |
| 11/30/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 49.61 | | 60,402.40 |
| 12/29/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 51.29 | | 60,453.69 |
| 01/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 51.35 | | 60,505.04 |
| 02/28/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 46.41 | | 60,551.45 |
| 03/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 51.42 | | 60,602.87 |
| 04/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 72.23 | | 60,675.10 |
| 05/08/07 | 000101 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 57.95 | 60,617.15 |
| 05/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 77.26 | | 60,694.41 |
| 06/29/07 | 2 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 74.82 | | 60,769.23 |
| 07/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 77.42 | | 60,846.65 |
| 08/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 77.52 | | 60,924.17 |
| 09/28/07 | 2 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 75.10 | | 60,999.27 |
| 10/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 66.69 | | 61,065.96 |
| 11/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 60.23 | | 61,126.19 |
| 12/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 62.30 | | 61,188.49 |
| 01/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 47.57 | | 61,236.06 |
| 02/05/08 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 3.35 | | 61,239.41 |
| 02/05/08 | | Transfer to Acct #*******2976 | Final Posting Transfer | 9999-000 | | 61,239.41 | 0.00 |

Page Subtotals     61,297.36     61,297.36

LFORM24

Ver: 12.62a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-61632 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MINAKIS, KONSTANTINOS | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1848 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 04/07/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 61,400.00 | COLUMN TOTALS | 61,297.36 | 61,297.36 | 0.00 |
| Memo Allocation Disbursements: | 1,166.00 | Less: Bank Transfers/CD's | 0.00 | 61,239.41 | |
| | | Subtotal | 61,297.36 | 57.95 | |
| Memo Allocation Net: | 60,234.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 61,297.36 | 57.95 | |

Page Subtotals          0.00          0.00

Ver: 12.62a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-61632 -EW | | | Trustee Name: | Phillip D. Levey |
| Case Name: | MINAKIS, KONSTANTINOS | | | Bank Name: | BANK OF AMERICA |
| | | | | Account Number / CD #: | *******2976 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7386 | | | | |
| For Period Ending: | 04/07/08 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/08 | | Transfer from Acct #*******1848 | Transfer In From MMA Account | 9999-000 | 61,239.41 | | 61,239.41 |
| 02/05/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 6,367.51 | 54,871.90 |
| 02/05/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 73.93 | 54,797.97 |
| 02/05/08 | 000103 | Phillip D. Levey | | 3110-000 | | 5,845.00 | 48,952.97 |
| 02/05/08 | 000104 | Discover Bank Discover Financial Services<br>PO Box 8003<br>Hilliard OH 43026 | Claim 000001, Payment 104.28758% | | | 1,753.70 | 47,199.27 |
| | | | Claim     1,681.60 | 7100-900 | | | 47,199.27 |
| | | | Interest      72.10 | 7990-000 | | | 47,199.27 |
| 02/05/08 | 000105 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 104.28736% | | | 11,308.41 | 35,890.86 |
| | | | Claim    10,843.51 | 7100-900 | | | 35,890.86 |
| | | | Interest     464.90 | 7990-000 | | | 35,890.86 |
| 02/05/08 | 000106 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Claim 000003, Payment 104.28729% | | | 10,571.53 | 25,319.33 |
| | | | Claim    10,136.93 | 7100-900 | | | 25,319.33 |
| | | | Interest     434.60 | 7990-000 | | | 25,319.33 |
| 02/05/08 | 000107 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Claim 000004, Payment 104.28732% | | | 6,910.37 | 18,408.96 |
| | | | Claim     6,626.28 | 7100-900 | | | 18,408.96 |

Page Subtotals    61,239.41    42,830.45

LFORM24

Ver: 12.62a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-61632 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MINAKIS, KONSTANTINOS | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2976 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7386 | | |
| For Period Ending: | 04/07/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest | 284.09 | 7990-000 | | | 18,408.96 |
| 02/05/08 | 000108 | MBNA America BANK N.A. | Claim 000005, Payment 104.28729% | | | | 18,408.96 | 0.00 |
| | | Mailstop DE5-014-02-03 | | | | | | |
| | | PO BOX 15168 | | | | | | |
| | | WILMINGTON, DE 19850 | | | | | | |
| | | | Claim | 17,652.16 | 7100-900 | | | 0.00 |
| | | | Interest | 756.80 | 7990-000 | | | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 61,239.41 | 61,239.41 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 61,239.41 | 0.00 | |
| | | Subtotal | | 0.00 | 61,239.41 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 61,239.41 | |

|  |  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 61,400.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 1,166.00 | Money Market Account (Interest Earn - *******1848 | 61,297.36 | 57.95 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******2976 | 0.00 | 61,239.41 | 0.00 |
| Total Memo Allocation Net: | 60,234.00 | | 61,297.36 | 61,297.36 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    18,408.96

Ver: 12.62a

LFORM24